UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**SAVANNA HARLESS-BANKS,**

    Plaintiff,

v.

**SUNFLOWER MOBILE HOMES, LLC,** *et al.***,**

    Defendants.

Case No. 2:22-cv-02538

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE, by the undersigned counsel, that Savanna Harless-Banks hereby dismisses the above-entitled action with prejudice as to Defendant, with each party to bear their own costs and fees.

    **Murphy, Kinney, Sumy, LLC**

    /s/ *Kyle E. Murphy*
    Kyle E. Murphy #78836
    406 W. 34th St., Suite 816
    Kansas City, Missouri 64111
    Phone: (816) 281-5470
    Facsimile: (816) 866-7772
    kyle@murphykinney.com
    ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2023, a copy of the foregoing was filed electronically via the Court's electronic filing system which will send a notice of electronic filing to the following counsel of record:

    Charlie Harris
    Kelly Sabates
    ATTORNEYS FOR DEFENDANT

    /s/ *Kyle E. Murphy*
    ATTORNEY FOR PLAINTIFF